UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 2:03-cr-34

WESLEY WILLIAM CASWELL, JR.,            HON. GORDON J. QUIST

    Defendant.
_____/

## REPORT AND RECOMMENDATION

A revocation hearing was held on January 13, 2010, at which time defendant waived his right to a preliminary and revocation hearing, as well as his right to appear before a district judge, and admitted to the violations alleged in the Petition for Warrant or Summons for Offender Under Supervision (docket #70), filed under date of November 13, 2009.

Therefore, for the reasons stated on the record, it is recommended that the Court enter the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

                                                   /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
Dated: January 15, 2010                 UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the hearing. *See* W.D. Mich. L.Cr.R. 11.1(d).